USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/5/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

YANN GERON, as Chapter 7 Trustee of         :      11 Civ. 7891 (WHP)
Thelen LLP,                                 :
                                                   ORDER
                Plaintiff,        :

        -against-                          :

THOMPSON HINE LLP, *et al.*,                :

                Defendants.       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                            :
YANN GERON, as Chapter 7 Trustee of         :      11 Civ. 8967
Thelen LLP,                                 :
                                                   ORDER
                Plaintiff,        :

        -against-                          :

ROBINSON & COLE LLP, *et al.*,              :

                Defendants.       :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
YANN GERON, as Chapter 7 Trustee of         :      12 Civ. 1364
Thelen LLP,                                 :
                                            :      ORDER
                Plaintiff,        :
                                            :
        -against-                          :
                                            :
SEYFARTH SHAW LLP, *et al.*,                :
                                            :
                Defendants.       :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

For the reasons stated on the record on March 2, 2012, Defendants' motions to withdraw the reference to the bankruptcy court are granted. The Clerk of the Court is directed to terminate the motions pending at ECF No. 1 in each of the above-captioned matters.

The parties are directed to appear for an initial conference on April 6, 2012, at 11:00 a.m.

Dated: March 2, 2012
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record:*

Howard P. Magaliff, Esq.
DiConza Traurig Magaliff LLP
630 Third Avenue, 7th Floor
New York, NY 10017
*Counsel for Plaintiff*

Barry Mark Kazan, Esq.
Thompson Hine LLP
335 Madison Avenue, 12th Floor
New York, NY 10017
*Counsel for Thompson Hine LLP*

Christopher John Major, Esq.
Meister Seelig & Fein LLP
Two Grand Central Tower
140 East 45th St., 19th Fl.
New York, NY 10017
*Counsel for Robinson & Cole LLP*

Robert W. Dremluk, Esq.
Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018
*Counsel for Seyfarth Shaw LLP*