Robert W. Dremluk, Esq.
**SEYFARTH SHAW LLP**
620 Eighth Avenue
New York, New York  10018
Telephone: (212) 218-5500
Facsimile:  (212) 218-5526
E-mail: rdremluk@seyfarth.com

Thomas Feher, Esq. (*pro hac vice*)
**THOMPSON HINE LLP**
127 Public Square, Suite 3900
Cleveland, Ohio 44114
Telephone: (216) 566-5500
Facsimile: (216) 566-5800
E-mail: tom.feher@thompsonhine.com

*Attorneys for Seyfarth Shaw LLP*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| YANN GERON, as Chapter 7 Trustee of Thelen, LLP | Case No. 1:12-cv-01364-WHP |
| Plaintiff, | |
| -against- | Hon. William H. Pauley III |
| SEYFARTH SHAW LLP and PARTNER DOES, | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF SEYFARTH SHAW LLP'S
### MOTION FOR JUDGMENT ON THE PLEADINGS

**PLEASE TAKE NOTICE** that on July 13, 2012, at 12:00 p.m. Eastern, or as soon thereafter as counsel may be heard, Defendant Seyfarth Shaw LLP ("Seyfarth Shaw") will appear before the Honorable William H. Pauley III, or any judge sitting in His Honor's stead, and move this Court pursuant to Federal Rule of Bankruptcy Procedure 7012 and Federal Rule of Civil Procedure 12(c) for an Order granting Seyfarth Shaw judgment on the pleadings.  In support of its Motion, Seyfarth Shaw shall rely upon its Memorandum of Law in Support of Motion for Judgment on the Pleadings, which is being filed contemporaneously with this notice, along with argument of counsel and any other documents filed in this case.

Dated: May 4, 2012
       New York, New York

Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ Robert W. Dremluk
     Robert W. Dremluk, Esq.
620 Eighth Avenue
New York, New York
Telephone: (212) 218-5500
Facsimile: (212) 218-5526
E-mail: rdremluk@seyfarth.com

Thomas Feher, Esq. (*pro hac vice*)
THOMPSON HINE LLP
127 Public Square, Suite 3900
Cleveland, Ohio 44114
Telephone: (216) 566-5500
Facsimilie: (216) 566-5800
E-mail: tom.feher@thompsonhine.com

*Attorneys for Seyfarth Shaw LLP*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he caused the above Notice of Seyfarth Shaw LLP's Motion for Judgment on the Pleadings to be filed with the United States District Court for the Southern District of New York and served on all counsel of record via the Court's ECF system.

Dated: May 4, 2012

      /s/ Robert W. Dremluk
Robert W. Dremluk