93

**Plaintiff's Exhibit 161.**

314 Madison Avenue,

New York

GRAND CENTRAL STATION ARCHITECTS

Warren & Wetmore                    Reed & Stem

Scarsdale, N. Y., March 30th, 1911.

Mr. W. H. Newman,
    New York City.

Dear Sir:

Answering yours of Mar. 28th.  I have hurried our Structural Department in their calculations and will arrange for a meeting between Mr. Schultze and Mr. Baumann to go over the changes that have been found necessary in their preliminary plans, and will ask Mr. Schultze to see you as soon as he has had this conference, so that you may understand the result of the conference.

After Mr. Baumann had completed the preliminary plans to his satisfaction I wrote him that it would take us some time to make sure of our being able to carry out the detail of the same.

Yours very truly,

CAR/R                              C. A. REED.

Exhibit A-8

94

## Plaintiff's Exhibit 163.

G—3, Hotel

HOTEL BAUMANN.

April 6th, 1911.

Mr. G. Baumann,
Hotel Holland, N. Y. City.

Dear Sir:

We are sending you herewith three (3) sets of the revised preliminary plans of the Hotel Baumann.

Yours truly,

GRAND CENTRAL STATION ARCHITECTS.

...............................................Executive.

W.
Enclosure—

Exhibit A-8

95

**Plaintiff's Exhibit 298.**

New York,
April the thirteenth,
1911.

E. R. Graham, Esq.,
  c/o Burnham & Co.,
    Railway Exchange Bldg.,
      Chicago, Ill.

Dear Mr. Graham:

Tomorrow I shall send you a full set of plans which are now approved by the engineer of the railway and their consulting engineer, and I would like you to come down here as early next week as you possibly can, or, if you cannot come to send Mr. Anderson.   Mr. Newman I understand is going to sail on the 20th of May so there is very little time to be lost.  Besides looking over the plans, I want to begin and figure with you very soon regarding the cost of the building and its financing.

Yours very truly,

GUSTAV BAUMANN,

Exhibit A-8

96

## Plaintiff's Exhibit 299.

HOLLAND HOUSE

New York, April the thirteenth, 1911.

Messrs. D. H. Burnham & Co.,
   Railway Exchange Building,
      Chicago, Illinois.

Gentlemen:

Tomorrow I will send you a full set of plans and would feel obliged if you would look through them thoroughly without delay, and any time next week that Mr. Graham or Mr. Anderson can come down I will be at their disposal.

Yours very truly,

GUSTAV BAUMANN.

Mr. Reed is confined to his house this week but they expect to see him at the office Monday.

97

## Plaintiff's Exhibit 300.

New York,
April the fifteenth,
1911.

E. R. Graham, Esq.,
Hotel Netherland,
5th Ave. & 59th St.,
New York, N. Y.

My dear Mr. Graham:

Messrs. Reed & Stem notified me this morning after I had seen you that the plans could not be delivered until next Monday, but will try to have them ready so that I can forward them to you on the 20th Century Limited, next Monday, the 17th inst.

Yours very truly,

GUSTAV BAUMANN.

## Plaintiff's Exhibit 160.

G—3, Hotel

(File—Hotel Baumann)

OLAF HOFF
M. Am. Soc. C. E.
Consulting Engineer
Singer Bldg., 149 Broadway
New York City

April 17, 1911.

C. A. Reed, Esq., Executive,
   Grand Central Station Architects,
      314 Madison Avenue,
         New York City.

Dear Sir:

I beg to advise you that in my judgment it is perfectly feasible to construct the steel work for the proposed hotel building between Madison and Vanderbilt Avenues, and 43rd and 44th Streets in the manner indicated on the plans furnished me by Mr. Bacon, being numbered 4744-4750-4793-4796-4802-4804-4807-4820-4827-4828.  I have already verbally advised Mr. Stem and Mr. Bacon about the feasibility of the scheme, and this is to confirm same.

In arriving at this conclusion I have made the following assumptions as to loads:—

99

Dead Load: Flooring................................................ 4 lbs.

        1 in. mortar top coat ................12 lbs.

        3 in. cinder concrete ................25 lbs.

        10 in. tile arch ................32 lbs.

        Plastered ceiling ................ 7 lbs.

        Steel (excl. cols.) ................10 lbs.

        Partitions ................10 lbs.

                               —————

Total Dead Load
      per sq. ft. of floor area. 100 lbs.

Live Load: Live load for roof 50 lbs. and for floors 60 lbs. per sq. ft. For columns floor load is reduced by 5% per floor from top floor down, to 30 lbs. per sq. ft.

Wall Load: I have assumed walls to be 12 in. thick for the upper 80 ft.; 16 in. for the next 62½ ft.; then 20 in. for 62½ ft.; then 24in. for 59 ft; the remainder of the walls down to street level assumed at 28 in. This makes the total weight of wall per lineal foot 57,700 at the level of the side-walk—El. 58.00.

    I have recommended to Mr. Bacon, and he seems to prefer it, a re-arrangement of the girders under the building line at Vanderbilt Av., by eliminating girders X Y and Y Y, and carry the walls and floor loads by cross girders 11-12-13. This makes a better arrangement and a more practicable construction.

    I give herewith a table of the various girders showing the assumed depth over flange-angles and the loads they have to carry, based upon the assumptions made above.

Exhibit A-8

100

| Designation of girder | Elevation top of girder | Single or double girder | Depth over angles | Arrangement of loading |
|---|---|---|---|---|
| A | 95.50 | Double | 8'-0" | 1,237,000 — 1,237,000 / 9.0 \| 20.0 \| 9.0 / \|— 38.0 —\| |
| B & C | 58.00 | " | 5'-0" | 1,469,000 / 8'-4" \| 8'-0 / \|— 16'-4" —\| |
| D | 95.50 | " | 8'-0" | 1,014,000 — 735,000 / 9.0 \| 20.0 \| 9.0 / \|— 38.0 —\| |
| E-H-K | 65.00 | " | " | 957,000 — 875,000 / 19.0 \| 16.0 \| 8.0 / \|— 43.0 —\| |
| F-I-L | " | " | " | 912,000 — 1,328,000 / 8'-0 \| 17'-4" \| 16'-9 / \|— 42'-1" —\| |
| G & G1 | 66.50 | Double | 4'-6" | 1,093,000 / 7.0 \| 10.5 / \|— 17.5 —\| |
| J | 65.00 | " | " | 738,000 / 13.5 \| 13.5 / \|— 27.0 —\| |
| Over Restaurant | 95.50 | " | 6'-9" | 704,000 — 720,000 / 13'-7" \| 14'-2½" \| 14'-2½" / \|— 42'-0 —\| |
| Over Waiting Room | " | Single | 8'-6" | 155,300  160,700  160,700  155,300 / 14.0 \| 15.0 \| 15.0 \| 15.0 \| 14.0 / \|— 73.0' —\| |
| M | " | Double | 8'-0" | 1,041,000 — 1,219,000 / 13.5' \| 13.5' \| 8.5' / \|— 35.5' —\| |
| N-O | 65.00 | " | 6'-6" | 1,804,000 / 17'-4 \| 8'-0 / \|— 25'-4" —\| |
| M N | " | " | " | 1,405,000 / 8'-6" \| 9'-2" / \|— 17'-8" —\| |
| Q | " | " | " | 1,547,000 — 1,350,000 / 5'-6" \| 9'-2" \| 8'-4" / \|— 23'-0" —\| |
| P | 95.50 | " | 8'-0" | 1,155,000  1,198,000 / 14.0 \| 16.0 \| 5.5 / \|— 35.5 —\| |

Exhibit A-8

101

| Designation of girder | Elevation top of girder | Single or double girder | Depth over angles | Arrangement of loading |
|---|---|---|---|---|
| Q R | 65.00 | " | 6'-6" | 9.0 \| 1,804,000 / 14.0 ; 23.0 |
| R | " | " | " | 2.0 \| 1,804,000 / 17'-4" ; 19'-4" |
| S & W | " | " | 4'-6" | 14.0' \| 820,000 / 16.0' ; 30.0' |
| T | 50.00 | " | " | 16.0' \| 875,000 / 16.0' ; 32.0' |
| U | " | " | " | 16.0' \| 944,000 / 1.5' ; 17.5' |
| Y1 | " | " | " | 16.3' \| 1,411,000 / 6.2' ; 22.5 |
| Y2 | 55.0 | " | 5'-0" | 16.0 \| 944,000 / 5.5 ; 21.5' |
| X | 55.0 | Double | 5'-0" | 4.0' \| 906,000 / 16.0' ; 20.0' |
| Z | " | " | " | 12.5' \| 1,411,000 / 9.5' ; 22.0 |
| A B | 129.00 | " | 4'-6" | 14.0 \| 671,000 / 16.0 ; 30.0 |
| A C | 55.00 | " | " | 16.0' \| 906,000 / 5.0' ; 21.0 |
| A D | " | " | " | 11.0 \| 944,000 / 10.0 ; 21.0 |
| A E | " | " | " | 8.0 \| 1,411,000 / 13.0 ; 21.0 |
| A H | 58.00 | " | 5'-0" | 16.0 \| 1,291,000 / 14.0 ; 30.0 |

Exhibit A-8

102

| Designation of girder | Elevation top of girder | Single or double girder | Depth over angles | Arrangement of loading |
|---|---|---|---|---|
| A I | " | " | 3'-6" | 2.0 \| 1,411,000 17.0' \| 428,000 1.5' ── 20.5' |
| A G | 129.00 | " | 5'-0" | 14.0 \| 936,000 16.0 ── 30.0' |
| A F | 58.00 | " | 3'-0" | 14.0 \| 356,000 16.0 ── 30.0' |
| A E F | 65.00 | " | 4'-0" | 6.0 \| 1,291,000 14.0 ── 20.0' |
| O P | " | " | " | 14.0' \| 1,282,000 6.0' ── 20.0' |
| R S | 124.50 | Single | 6'-0" | 11,600 lbs pr. ln ft. ── 44.0 |
| S S | 79.00 | Double | 4'-0" | 14.5 \| 350,000 14.5 ── 29.0 |
| R R | Below street | " | 4'-6" | 16.75' \| 867,000 17.6' ── 34.35' |
| #11. | " | " | 3'-6" | 11.5 \| 524,000 20.0' ── 31.5' |

Girders 12 and 13 would be of the same depth as #11, but somewhat lighter.

It is perfectly feasible to support the floor of the lobby of the hotel by means of long girders of approximately 55 ft. spans, located above the platforms in order to eliminate as many columns in the latter as possible; I so advised Mr. Bacon Saturday. These girders would be approximately 5 ft. deep; they would only have one floor to carry.

Yours truly,

OLAF HOFF.

Exhibit A-8

03

**Plaintiff's Exhibit 164.**

## GRAND CENTRAL STATION
### ARCHITECTS

Warren & Wetmore                    Reed & Stem

Hotel—Madison & Vanderbilt Avenues

April 17, 1911.

Mr. W. H. Newman,
    New York City.

Dear Sir:

Referring to the plans for the proposed Hotel between Madison and Vanderbilt Avenues. The verbal understanding between Mr. Graham of D. H. Burnham & Company and myself is: That an allowance should be made to the Railroad Company of 2% on the cost of the building for the cost of the architectural services necessary to be furnished in connection with the plans and knowledge of the Terminal work, and for the supervision of the building work and the expenditure of money furnished by the Railroad Company. This understanding was not reduced to writing because it was considered necessary for it to be a part of the contract between the tenant and the Railroad Company.

I am sending this by Mr. Schultze in order that if the arrangement is not satisfactory to you, that any modification may be made before delivery of the plans we have prepared to Mr. Graham.

Yours truly,

GRAND CENTRAL STATION ARCHITECTS,
CAR/R                    C. A. Reed, Executive.

Exhibit A-8

104

**Plaintiff's Exhibit 165.**

G—3, Hotel

PROPOSED HOLLAND HOUSE.

April 17th, 1911.

Mr. D. H. Burnham,
    Railway Exchange Bldg.,
      Chicago, Ill.

Dear Sir:—

    We are sending you by this mail a set of preliminary drawings for the proposed new Holland House at 43rd St. & Madison Av., New York City.

    We will send you by the latter part of this week some revised sections and sketch elevations for the exterior of the Building.

Yours truly,

GRAND CENTRAL STATION ARCHITECTS.

-----------------------------------------------------------

LS/T.
Enc. J. F. B.                                    C. A. R.

105

## Plaintiff's Exhibit 401.

D. H. BURNHAM & COMPANY
ARCHITECTS

Railway Exchange Building
Chicago, Illinois.

April 17, 1911.

E. R. Graham,
Hotel Netherlands,
New York.

Letter from Baumann dated April thirteenth requesting meeting some time this week in New York with yourself or Anderson to meet Reed.

D. H. BURNHAM & COMPANY.

106

## Plaintiff's Exhibit 167.

G—3, Hotel

## MECHANICAL WORK ON THE NEW HOLLAND HOUSE

April 18th, 1911.

Mr. Reed:—

This afternoon I have just received the blueprints for the proposed new Holland House, and I am proceeding to layout the preliminary study for the Heating System on the three-pressure design, in accordance with your desires.

Just as soon as this is done I will come up and talk with you about it.

Respectfully,

C. R. P., M. E.

CRP/T.
J. F. B.                                           C. A. R.

107

## Plaintiff's Exhibit 168.

G—3, Hotel

MEMORANDUM.

April 18th, 1911.

Mr. Reed:

I have the study for the heating of the new Holland House ready to take up with you and will try to see you to-morrow April 19th about this.

Yours truly,

C. R. P., M. E.

Saw Mr. Reed in Scarsdale, 4/19/11.

CRP/W.
File C. R. P.                          C. A .R.

Exhibit A-8

103

## Plaintiff's Exhibit 169.

G—3, Hotel

D. H. BURNHAM & CO.,
Architects,
Railway Exchange,

ERG'                    Chicago. 19th April, 1911.

### PROPOSED HOLLAND HOUSE.

Messrs. Reed & Stem,
New York City, N. Y.

Gentlemen:

We beg to acknowledge receipt of your valued favor of the 17th instant, together with the drawings mentioned therein. We will at once go into the study of same and meet you in New York at the earliest possible moment.

Yours very truly,

D. H. BURNHAM & CO.
C. A. R.

Mr. Reed

Exhibit A-8

109

## Plaintiff's Exhibit 166.

G—3, Hotel

HOTEL.

April 25th, 1911.

Mr. D. H. Burnham,
  Railway Exchange Building,
    Chicago, Ill.

Dear Sir:—

   Accompanying this letter please find blue prints of our drawings Nos. 4940 and 4797 showing the elevations of 44th Street and of Vanderbilt Avenue for the proposed new hotel at this location.

    Yours truly,

  GRAND CENTRAL STATION ARCHITECTS.

--------------------------------------------------------------

LS/LMW.        C. A. R.

110

**Plaintiff's Exhibit 170.**

G—3, Hotel

D. H. BURNHAM & CO.,
Architects,
Railway Exchange,
Chicago. April 27th, 1911.

PA*
GR

Mr. Leonard Schultz,
New York, N. Y.

Dear Sir :—

We are in receipt of your favor of
April 25th, together with blue prints of your
drawings # 4940 and 4797 showing the eleva-
tions of 44th Street and of Vanderbilt Avenue
for the proposed new hotel for this location, and
we thank you for the information.

Very truly yours,
D. H. BURNHAM & COMPANY.
By PEIRCE ANDERSON.

111

## Plaintiff's Exhibit 402.

New York, N. Y., May 2, 1911.

D. H. Burnham & Co.,
    Chicago.

Can Graham be here Thursday morning would like to confer with him before discussing financial plans with Newman.

GUSTAV BAUMAN.

112

**Plaintiff's Exhibit 404.**

HOLLAND HOUSE

New York, May 2nd, 1911.

Mr. E. R. Graham,
    c/o D. H. Burnham & Co.,
       Chicago, Ill.

My dear Mr. Graham:

Confirming Mr. Baumann's wire of today asking if you could be here Thursday morning.

Mr. Newman has called Mr. Baumann up and asked him to come up as soon as possible to talk over the financial plans and to get things in shape before May 20th, the date of Mr. Newman's departure for Europe. Mr. Baumann has put him off until Thursday hoping that it would be possible for you to come on and talk things over before he commits himself in any way to Newman.

Yours very truly,

JOHN McE. BOWMAN.

Indexed June 7-1911.
Filed

113

**Plaintiff's Exhibit 403.**

HOLLAND HOUSE.

New York, May the eighth, 1911.

E. R. Graham, Esq.,
　　c/o D. H. Burnham & Co.
　　　　Railway Exchange Building,
　　　　　　Chicago, Ill.

Dear Sir:

Your favor of the 6th inst. received. I am disappointed at not hearing from you, that you have made thorough study of the plans of Mr. Reed's which were forwarded to you three weeks ago. When you were here you told me that you would study them immediately, in fact I could have Anderson here two or three days after receipt of those plans. Now you evidently have not done so and I do not see how I can have a full talk with Mr. Newman, unless you have made a study of Mr. Reed's plans and can give me a idea as to whether the expense of erecting the building will be about the same as you estimated on your original plans.

You telegraphed me the other day to see Mr. Horowitz in regard to financing plan. He telephoned me to-day that he was going to sail for Europe to-morrow week and that you would have to be in New York, strike or no strike in Chicago, some day this week in order to close another contract and that you could probably take up the matter then. I told him that I

114

had had a letter from you this morning, saying that the outlook of the strike was very bad and that I should not count upon your coming here. Now the 20th day of May, the day Mr. Newman sails will be here very quickly and if you are sure that you will not be able to get to New York this week, could you give me some time in Chicago, either Thursday or Friday, and could you be prepared to talk more definitely on figures by that day. If so, I will jump on a train and leave either Wednesday at 4 o'clock or Thursday at 4 o'clock, to be here again Saturday or Sunday morning the latest. I do not want to go to Chicago simply to look at the plans which Mr. Anderson may have made but I want to have some time from you to talk matters over, if I do come. Kindly send me a telegram on receipt of this what your plans this week will be, whether you can be in New York as Mr. Horowitz predicts, or whether you would like me to come to Chicago and when.

I am sorry to say that Mr. Newman has been obliged to go to Kentucky on account of his brother being seriously ill, consequently they do not know at his office when he will return. When he returns we ought to be in shape to talk turkey with him next Monday the latest.

Yours very truly,

GUSTAV BAUMANN.

115

**Plaintiff's Exhibit 406.**

FRIDCLIFF
GREENWICH, CONNECTICUT

5-10-11.

My dear Mr. Graham:

I got last night your telegram before leaving New York and am glad to hear that you will be in New York Monday morning. Newman is expected back to-morrow or Friday and I will make an appointment with him for you and me for Monday morning.

Horowitz was in to see me yesterday and explained to me that all he could do, to take $500,000 second mortgage Bonds if his company got the contract, but he did not know where the other $800,000 of Bonds could be placed except that you might take $300,000 for your commission, leaving $500,000 to be placed somewhere which you had not mentioned to him. Horowitz is under the impression that if you can notify Newman that you have placed this last $500,000 second Bonds, he will be satisfied to let his share and yours of the Bonds be taken out later when the commissions are due and use his $4,500,000 right after the $500,000 from the 2nd Bonds has been used. This certainly would be fair, but as I have written you the other day, Mr. Newman's lawyer wants the $1,300,000 put up when the contract is signed. This is the point I want you to settle with your friend Newman who may not be so stiff as he was six months ago when he thought I was very anxious to get

Exhibit A-8

116

the hotel and that *others* would want it if I did not come to his terms. I keep away from him for this very purpose, but yet we cannot afford to leave the matter open until next fall— we *must* do something before he sails and I hope that you have a more definite proposition to make to him than Horowitz.

Mr. Reed is sick at home; his right hand man, Mr. Schultze told me that they would have the figures of estimated cost on the plans which were sent to you ready for Mr. Newman on Saturday, so if you bring your figures with you on Monday it ought not to take us long to find out whether the deal can be satisfactorily arranged—if not definitely closed—before Mr. Newman goes away. Mr. Schultze also told me that the doctor had forbidden Mr. Reed to attend to any new business, but that he would not abandon the idea of closing the hotel deal before Mr. Newman's departure. All new business he was willing to lay aside. It looks to me that they are fully as anxious as we are to settle the matter now, and this ought to help us in getting the terms our way.

GUSTAV BAUMANN.

117

## Plaintiff's Exhibit 407.

D. H. BURNHAM & Co.,

Architects,
Railway Exchange,
Chicago.

13th May, 1911.

Mr. E. R. Graham,
New York City, N. Y.

Dear Sir:

We are sending you today, by express, forty-four photographs of drawings and the black and white section of the Bank Building.

We are also sending hectograph plans of the ground floor and typical floor, Baumann Hotel. These plans are in accordance with the steel spacing established by the Grand Central Station Architects. You will see from Mr. Reed's plans, of which Mr. Baumann undoubtedly has prints, that no substantial changes are possible except by modifying the column spacing. Please take up with Mr. Baumann and ascertain whether or not the existing scheme meets his ideas.

Very truly yours,

Peirce Anderson.

Exhibit A-8

118

## Plaintiff's Exhibit 408.

New York, May 18th, 1911.

Mr. E. R. Graham,
  c/o D. H. Burnham & Co.,
    Chicago, Ill.

My dear Mr. Graham:

Since our recent talk Mr. Baumann thinks it would be wise to see Newman and insist on his giving us something over his signature to the effect that the 43rd St. proposition is for us under certain conditions. This might have the effect of bringing Newman into the open and making him declare himself. Mr, Baumann also feels that it would be a good idea to have a high class real estate man put a value (rental) on the property as it stands and what it would be worth under the conditions that Newman imposes i. e. their taking fully 80% for their own use! As your friend Mr. Douglas Robinson is under some obligation to you Mr. B. thought he might be just the man. Wire us your opinion on the above and if you approve he will see Newman at once.

Yours very truly,

John McE. Bowman.

119

**Plaintif's Exhibit 409.**

TELEGRAM

May 19, 1911.

Mr. John McE. Bowman,
  Holland House,
    New York City, N. Y.

Your letter eighteenth.  Mr. Baumann's suggestion good but do not think it possible to do anything further with Newman.

E. R. Graham.

129

## Plaintiff's Exhibit 381.

(Copy Letter Graham to Baumann.)

D. H. Burnham & Co.

ERG                                20th May, 1911.

Dear Mr. Baumann:

When I reached home I got out agreements B-1, 2 and 3, submitted to you by Mr. Newman and find attached to same a copy of my letter to you dated November 28, 1910, which I herewith enclose. All the criticisms contained in this letter will naturally come up to any one taking the second mortgage bonds and stock, and I do not believe it possible to raise the $2,500,000.00 except the conditions mentioned in this letter be changed.

Very truly yours,

Mr. Gustav Baumann,
   New York City, N. Y.
Enclosure.

121

## Plaintiff's Exhibit 301.

New York,
May the twenty-ninth,
1911.

E. R. Graham, Esq.,
c/o D. H. Burnham & Co.,,
Railway Exchange Building,
Chicago, Illinois.

Dear Mr. Graham:

Your favor of the 20th inst. was duly received. I had a very satisfactory chat with Mr. Newman before he sailed, and would like to see you the first time you come to New York, so that we can take up the matter with Mr. Reed and Mr. Place. Please let me know, if possible, a day in advance when you are coming, as I try to stay in the country as much as possible.

Yours very truly,

GUSTAV BAUMANN.

122

## Plaintiff's Exhibit 410.

### HOLLAND HOUSE

5th Avenue and 30th Street
New York City.
New York, July 10, 1911.

My dear Mr. Graham:

We had a call today from Mr. Stem of Reed & Stem. He told us that Mr. Reed and Mr. Place had full power to close up the 43rd St. matter and seemed quite anxious to get it signed up while Newman is away. He claims that the city has given permission to excavate under Vanderbilt Ave. and that there is nothing in the way of our coming together. Both Reed and Stem will be here until next Monday when they leave for Detroit. Mr. Baumann thinks it is a good time for us to see what they have to offer and would like you to wire him on receipt of this what day this week you could be here.

Very truly,

John McE. Bowman.

Exhibit A-8