123

**Plaintiff's Exhibit 411.**

HOLLAND HOUSE

5th Avenue and 30th Street,
New York City.
New York, July 12, 1911.

My dear Mr. Graham:

We had an hour this morning with Reed. The question with them at the present moment is their steel work—they cannot go ahead and order until we assure them that we are satisfied with our plans. They want us to give this our immediate attention so that we will not hold them up. Judging from their conversation they have full power to close up all the minor details and the sooner we get at it the better. We have had several people call our attention to the coolness of the Blackstone Restaurant—will you have someone look into this—the system, cost, etc.

Yours very truly,

John McE. Bowman.

No wire from you in answer to our favor of July 10th.

Exhibit A-9

124

## Plaintiff's Exhibit 171.

G—3, Baumann
Hotel

### BAUMANN HOTEL

July 24th, 1911.

Messrs. D. H. Burnham, Company,
    Railway Exchange Building,
        Chicago, Illinois.

Gentlemen:—

We are enclosing one (1) blue print of
our drawing #5264 which shows the modifica-
tions of the First Floor Plan for the new hotel
at 43rd Street and Madison Avenue, N. Y. City.
 This embodies the suggestions made by Mr.
Baumann in conference at this office last week.

Yours truly,
GRAND CENTRAL STATION ARCHITECTS.

---

LS/LMW.
Enc.
File J. F. B.                                C. A. R.

125

## Plaintiff's Exhibit 172.

G—3, Baumann
Hotel

### BAUMANN HOTEL

July 24th, 1911.

Mr. G. Baumann,
    Holland House,
        Fifth Avenue, City.

Dear Sir:—

        We are enclosing one (1) copy of our
drawing #5264 which shows the modifications
desired by you in the First Floor of your pro-
posed hotel at 43rd Street and Madison Avenue,
City.

                Yours truly,
        GRAND CENTRAL STATION ARCHITECTS.

----

LS/LMW.
Enc.
File J. F. B.                    C. A. R.

**Plaintiff's Exhibit 385.**

ERG

24th July, 1911.

Mr. Reed,
    c/o Reed & Stem,
       New York City.

Dear Sir:

As promised when I was with you last week, I herewith enclose a copy of an agreement between the Trustees of the Business Real Estate Trust of Boston and William Filene's Sons Company, a large retail department store in Boston which is on the same lines as the general contract which should be between the New York Central and Mr. Baumann. By referring to page 23, you will see the manner in which the question of the Architects is handled, we being the Architects for the building, representing the tenant and preparing all the drawings and specifications and supervising the construction of the building. Parker, Thomas & Rice are Architects retained to look after the interests of the Trustees.

In the new hotel we would be the Architects for the tenant, as it were, and you the Architects for the owners, and in the agreement would it not be well to insert a paragraph something on the order of the one referred to?

I write this merely as a suggestion, and would be pleased to hear from you regarding the same at your earliest convenience. Please return this agreement to me, because it is our only copy.

Very truly yours,

E. R. GRAHAM

Exhibit A-9

Encl.

127

**Plaintiff's Exhibit 173.**

D. H. BURNHAM & CO.,
Architects,
Railway Exchange,
PA'                    Chicago. Aug. 1, 1911.

BAUMANN HOTEL

Grand Central Station Architects,
    New York City.

ATTENTION: Mr. Leonard Schultze.

Gentlemen:

We have your letter of July 24th, together with the accompanying drawing No. 5264 embodying suggestions made by Mr. Baumann in his conference with you. We are proceeding with sketches based on this study.

Yours very truly,

D. H. BURNHAM & COMPANY

By Peirce Anderson.

CC Mr. Baumann.
L. S. 7/4/1911                    J. F. B.
    File.

128

### Plaintiff's Exhibit 174-A.

Aug. 4, 1911.

D. H. Burnham & Company,
    Railway Exchange,
    Chicago, Ill.

Gentlemen:—

    We are sending you under separate cover one photograph of perspective sketch made by us for the new Holland House at 43rd Street & Madison Avenue, New York City.

Yours truly,

Grand Central Station Architects.

LS/ZM
J. F. B.                                C. A. R.

129

## Plaintiff's Exhibit 175.

G—3, Baumann
Hotel

D. H. BURNHAM & CO.,
Architects,
Railway Exchange,
"PA            Chicago. 7th August, 1911.

BAUMANN HOTEL.

Grand Central Station Architects,
70 East 45th Street,
New York City, N. Y.

Attention of Mr. Leonard Schultze.

Gentlemen:

We beg to acknowledge the receipt of
your letter of August 4th; also the photographic
print of the perspective sketch referred to
therein, showing a view of the proposed new
hotel for Mr. Baumann on 43rd Street and Madi-
son Avenue, New York City.

Very truly yours,
D. H. BURNHAM & COMPANY

By PEIRCE ANDERSON
Noted L. S.

130

## Plaintiff's Exhibit 302.

Copy Letter Baumann to Graham.

### HOLLAND HOUSE,

5th Avenue and 30th Street,

New York City, August 16th, 1911.

Mr. E. R. Graham,
    D. H. Burnham & Co.,
        R. R. Exchange Bldg.,
            Chicago, Ill.

My dear Mr. Graham:

I shall have to go away for a week or ten days within the next two or three weeks and I would like to hear from you how soon you will be ready for me and when I can expect you here. Kindly let me know by return mail so that I can make my arrangements and oblige,

Yours very truly,

131

**Plaintiff's Exhibit 412.**

TELEGRAM

New York, Aug. 23-11.

E. R. Graham
  Touraine Hotel, Boston.

Wire me to Greenwich whether you can meet
Reed Friday or Saturday.

Gustav Baumann.

Exhibit A-9

132

## Pliantiff's Exhibit 413.

HOLLAND HOUSE.

New York, Aug. 25, 1911.

Mr. E. R. Graham,
   c/o D. H. Burnham & Co.
   Chicago, Ill.

My dear Mr. Graham:

Your wire from Boston just received. Reed
and Stem have been after us for a week trying
to get us to talk business but as we can do noth-
ing without you we have to put them off with that
excuse, telling them that we expected you any
day.

Mr. Newman arrives on Sept. 6th so you can
see that it is important that we should get to-
gether and have things in shape for a conference
with him immediately after his arrival and we
think it would help matters greatly if you would
come on next week and get down to hard-pan
with Reed and Stem before the arrival of New-
man.

Yours very truly,

John McE. Bowman

Exhibit A-9

133

## Plaintiff's Exhibit 414.

Boston, August 25, 1911.

Mr. Gustav Baumann,
   Greenwich, Conn.

Thought until late last night I could be in New York Saturday but detained here. Must hurry back to Chicago. Be in New York end of next week.

E. R. Graham.

134

## Plaintiff's Exhibit 415.

New York, 8-25-11.

D. H. Burnham & Co.

Wire earliest possible date Graham can con-
fer with Reed.

Gustav Baumann.

135

## Plaintiff's Exhibit 416.

New York, Aug. 30, 1911.

D. H. Burnham & Co.,
  Ry. Ex. Chicago.

Just met accidentally Baumann who is discouraged at our delay in getting out plans before Newman's return Sept. sixth also says Reed telephoned yesterday affirming his intention of going ahead on his own plans unless ours were ready Friday Sept. first. I am spending today and tomorrow New York and Phila. then home unless you wire contrary should you want me to work here on Baumann matter send all plans including Reed's blue prints on today's century and wire me addressing Hotel Belmont instead of Holland House.

Peirce Anderson.

Exhibit A-9

136

## Plaintiff's Exhibit 417.

30th August, 1911.

Gustav Baumann,
  Holland House,
    New York City, N. Y.

Telegram received. Have sent all drawings to
Anderson on Twentieth Century today. He will
confer with you and Reed tomorrow. I may pos-
sibly reach New York Saturday morning but can-
not state positively today because of large work
which we must get under way here tomorrow and
next day. Anderson can settle all points with
you.

E. R. Graham.

137

## Plaintiff's Exhibit 418.

New York, 8-30-11.

D. H. Burnham & Co.
   Ry. Ex.

  Wire positive appointment for Graham with Reed on Friday or Saturday.

                  Gustav Baumann.

138

**Plaintiff's Exhibit 419.**

Chicago, Ill. Sept. 5.

E. R. Graham,
  Hotel Netherlands, N. Y.

Drawings as agreed with Baumann and Reed will be completed and go on twentieth century tomorrow for use in Dicker with Newman. Cannot you dispense with me entirely or at least for a few days thus helping out on Frick continental first national Milwaukee and other pressing matters wire answer.

Peirce Anderson.

139

Plaintiff's Exhibit 386.

ERG

Sept. 6, 1911.

Dear Mr. Baumann:

We are sending you the plans today with a full letter of explanation. We understand that this is exactly what you want, and such being the case, it is now a matter of your dealing with Mr. Newman on the lease question, and after full consideration we feel that Mr. Anderson's presence in New York is not necessary, because it is entirely up to your trade with Mr. Newman.

If these plans are satisfactory to Mr. Newman and yourself, I will at once prepare a prospectus and send it to you.

Very truly yours,

E. R. GRAHAM.

Mr. Gustav Baumann,
  Holland House,
    New York City.

Exhibit A-9

140

## Plaintiff's Exhibit 387.

ERG

Sept. 6, 1911.

Dear Mr. Baumann:

Following the question of the proposed lease with Mr. Newman, and referring to my letter to you of November 28th, 1910, criticising same, I beg to call your attention to the following:

First: Compare the area which Mr. Newman is now allotting to you in the low basement with the area which you first expected to receive and you will find that 50% of that area has been taken away from you. It would be fair for the New York Central to pay the taxes on the land which they occupy, and you pay the taxes on that portion of the land you occupy.

Second: The New York Central should pay taxes on that portion of the building which they occupy, and you pay taxes on that portion of the building which you ccupy.

Third: You should capitalize the increased expense which you would be put to by reason of not having an adequate basement and sub-basement, and this should be deducted from the annual rent, because they are taking so much space away from you.

You should insist upon the clause marked "C" in my letter of November 28th to you.

These are the only conditions that occur to me, but I would be rather strenuous about the same, exacting whatever you think is right in the matter.

I return herewith your copy of the lease.

Very truly yours,

E. R. GRAHAM.

Mr. Gustav Baumann,
　Holland House,
　　New York City.

Exhibit A-9

! 11

## Plaintiff's Exhibit 388.

### D. H. BURNHAM & CO.

PA
September 6th, 1911.

### BAUMANN HOTEL,

43rd St. & Madison Avenue, New York, N. Y.

Mr. Gustav Baumann,
  Holland House,
    New York City, N. Y.

Dear Sir:

We are sending you herewith by special delivery mail on today's Twentieth Century three sets of plans, numbered one to eleven, two sets for yourself and one set for the Grand Central Station Architects. Additional sets can be furnished if desired.

In studying these plans we have not found occasion to introduce any modification, so that these plans stand in all important respects as agreed upon in the meeting with Mr. Reed and yourself in New York.

You will notice from the diagram of elevation, sheet No. 1, that the stories have been renumbered consecutively, counting as the first story the one at the sidewalk level. This was to avoid the confusion of terms between the ''first floor'' and the ''first typical floor'' as shown on the other plans, and also in order to keep clearly in mind the total number of stories involved, which on these plans is 26 stories above ground and 3 stories below ground.

Exhibit A-9

142

## SUB-SUB-BASEMENT AND SUB-BASEMENT FLOORS.

For both of these floors, which are shown on the one plan as the two are similar, we have assumed that you will take all the available space clear to the curb on 44th St. and Madison Ave., over to the track line on the station side and clear out under the cab stand on 43rd St. This gives a clear area of about 37,000 square feet on each of these two floors, and it may be that you will not require all this space, especially if you have available space for employes' quarters on the sixth or blind story as below referred to. In this connection it should be borne in mind that the excavation for the basement will probably be very expensive.

## BASEMENT FLOOR.

There is no change in this plan from what was previously shown, except the relocation of the elevators and dumb waiters.

## 1ST FLOOR—KITCHEN, BAR-ROOM & LADIES ENTRANCE.

You will notice the arrangement of the ladies entrance to the elevator bank from 43rd St. It seems to us to be very satisfactory. You will notice also that the bar-room has been enarged. In view of Mr. Reed's decision that there hould be no door leading from the station into

Exhibit A-9

143

the hotel, past the bar-room, the bar-room might just as well be expanded so as to take in the space given to that unnecessary corridor. This would also seem to permit locating a men's toilet at this point, in addition to the one on the third or mezzanine story.

## 2ND FLOOR—PUBLIC LOBBIES, OFFICE, TEA ROOM, RESTAURANT, LOUNGING ROOM, BAR, WOMEN'S ROOM.

You will notice that the office has been considerably enlarged and that the bar-room is also of very good size. In case the little toilet room located in the corner of the bar-room needs to be increased in size this can be done by taking a little additional space off the adjoining coat room. This plan gives very ample service pantries in three different locations, and also gives a retiring room for women at the 43rd St. entrance. The main service room on the 44th St. side could be still further enlarged if necessary by cutting off the adjoining booth space.

## 3RD FOOR—MEZZANINE STORY CONTAINING MEN'S LOUNGING ROOM, BROKERS' OFFICE, BARBER SHOP, MEN'S TOILET, LIBRARY, OFFICES, LADIES MANICURE AND A GENERAL LOUNGING GALLERY OVERLOOKING THE PALM ROOM, TEA ROOM AND THE MAIN RESTAURANT.

The floor is raised somewhat at the corner of 43rd St. and Madison Ave., reducing the head

Exhibit A-9

144

room in barber shop, manicure parlor and toilet
rooms in order that the men's cafe underneath
may have suitable head room.

## 4TH FLOOR—DINING ROOM FOR OFFI-CERS, NURSES, CHILDREN, ETC., TO-GETHER WITH PRIVATE DINING ROOMS AND BEDROOMS.

There is no change in this plan from that pre-viously laid out.

## 5TH FLOOR—PRIVATE DINING ROOM, BOOKKEEPER'S WORKING SPACE AND BEDROOMS.

There is no change in this floor from the plan
previously laid out.

## 6TH FLOOR.

This floor corresponds to the top floor of the
other buildings in this group as already built by
the Grand Central Station Architects and used
as a pipe space. If the heavy cornice feature of
their design is to be followed in this design
there will be no windows in this story in the out-
side walls. There can, however, be windows sur-
rounding the court so that space on this floor
could be used for some additional bedrooms on
the inside and for work shops, such as carpenter,
electrician, store rooms ,etc., against outside
walls where there would be little or no daylight.

Exhibit A-9

145

If in the final study these features can be cared
for elsewhere it might be well to re-design the
exterior treatment in such a way as to permit
windows in this story, which would then become a
typical bed room story and reduce the total
height of the building by about 11 feet.

## 7TH TO 23RD STORIES, BOTH INCLUSIVE.

These are typical bed room floors. We have
followed the Blackstone scheme as agreed with
you and you will see that it gives a bath room
for every bed room and also allows a most ample
arrangement of closets.

## 24TH FLOOR—BANQUET ROOM.

This floor has been laid out as we talked
of it in New York, with a single interior lobby
connecting the two elevator banks and allowing
very ample outside daylighted space for the
large reception rooms, which you desired to se-
cure. It also has the advantage of placing the
kitchen in very direct contact with the special
elevators and dumb waiter service. This seems
to us to give a very satisfactory arrangement.

## 25TH FLOOR—UPPER BANQUET ROOM FLOOR.

We have shown a gallery around the banquet
room with access to a large lobby and special
stairways. All the rest of this floor is given to
bed rooms.

146

## 26TH FLOOR—SERVANTS' FLOOR.

We have shown no plan on this, but will take up the study of it with you at your convenience.

With regard to the exterior, we have not re-studied the elevations, but we believe it to your interest as well as to that of the Railroad Company to have this design harmonize with the neighboring buildings in the same group and we should, therefore, be in favor of keeping to the general character of the architecture as indicated in the plans prepared by the Grand Central Station Architects. We understand from our conversation with Mr. Reed in New York last week that with this understanding he does not feel the necessity for any closer study of the exterior at the present time.

Yours truly,

D. H. BURNHAM & COMPANY.
By

## Plaintiff's Exhibit 303.

Copy Letter Baumann to Graham.

Sept. 20, 1911.

Mr. E. R. Graham,
  c/o D. H. Burnham & Co.,
    Railway Exchange Building,
      Chicago, Ill.

My dear Mr. Graham:—

I had a long talk with Mr. Newman the other
day and he is very desirous to go ahead as fast
as we can all come together, but he wants to have
the plans completed so that estimates can be
taken upon them and then he will decide whether,
in case the building should cost more than our
original figures, he will put out the extra money.
This sum of money which you are going to raise
he cannot put in with his mortgage because his
mortgage will be for land besides the building,
whilst yours will only be on the building, conse-
quently you must secure yourself in some other
shape, probably second mortgage bonds he also
wants to know how you are going to raise that
money.  He has instructed his architects to finish
plans for the working departments and servants'
quarters and requests me to write to you to make
the layouts with all bathrooms and toilets marked
on the plans.  I have forgotten to mention be-
forehand that he is willing that two floors should
have all small rooms and I think it will not be
much trouble to lay out such a floor be-
cause you have done that in several previous lay-

148

outs when the two wings were not even so with the exception of the elevators and carrying the two wings on an even line, there will not be much work. We must have 1,000 guest rooms in all.

Now my dear Mr. Graham, I am going away on a motor trip early Tuesday morning and shall return on Monday morning the second of October and I shall wish that you would finish these plans and estimate figures on them as near as you can and I will have Mr. Reed do the same, then if you can make it convenient to come here yourself we can close the deal with Mr. Newman speedily. He also desires that before you go ahead with the work that you arrange with Mr. Reed how you will divide the commission. These are all the points important for to-day and I shall be glad if you will drop me a line by return mail, whether the arrangement with Mr. Newman coincides with your views.

Yours very truly,

149

## Plaintiff's Exhibit 176.

G—3,  Hotel

September 27th,  1911.

Mr. G. Baumann,
    #19 West 30th Street City.

Dear Sir:—

    We are sending you by bearer one set of
the revised floor plans for the proposed hotel at
43rd Street and Madison Avenue, N. Y. City.

              Yours truly,
        GRAND CENTRAL STATION ARCHITECTS.

-------------------------------------------------------

LS/LMW.
Enc.
J. F. B.                        C. A. R.

150

## Plaintiff's Exhibit 177.

JAMES FOSTER & SON, Inc.

General Insurance Brokers.

55 John Street

A. C. D. Foster,                    Correspondents at
     Prest.                         London Lloyds.

J. G. Hilliard,                     Cable Address,
     Vice-Prest.                  "Rodelludo," N. Y.

M. C. Fitch,
  Secy. & Treas.

Telephones 4810-15 John

New York October 2, 1911.

W. H. Newman, Chairman,
  Board of Directors,
    N. Y. C. & H. R. R. R. Co.,
      Grand Central Terminal Bldg., City.

Dear Sir:—

Some two or three weeks ago at a conference in your office it was suggested by us that the plans for the proposed "New Holland House" be submitted so that we might take up with the proper authorities the question of hazard in the proposed automobile stand, and also to secure information as to the cost of sprinkling this room. We understood it was your desire to have a blank set of plans prepared in order that the location of the risk might not be brought out as we would be able to secure the information from the different bodies having jurisdiction, with these plans in hand.

Very truly yours,

JAMES FOSTER & SON.

Mr. Reed: You agreed to have these plans sent to Mr. Carstensen

3 Oct.   W. H. N.

151

## Plaintiff's Exhibit 178.

G—3, Baumann
Hotel

October 7th, 1911.

Mr. D. H. Burnham & Company,
   Architects, Railway Exchange,
      Chicago, Ill.

Gentlemen :—

     ATTENTION MR. GRAHAM:

     Accompanying this letter please find one set of blue prints of floor plans and sections for proposed hotel for Mr. Gustave Baumann, which is to be located at 43rd Street and Madison Avenue, New York City.

    These plans have been carefully studied and approved by Mr. Baumann and we are sending them to you for your use in preparation of such drawings and estimates as you are developing.

    The only floor of which no plan has been made is the lowest basement floor, in which it is contemplated to locate a plunge, turkish bath, barber shop and such fan rooms, etc., as may be necessary.

    Trusting these drawings will give you such information as you may require, we remain,

       Yours very truly,
       GRAND CENTRAL STATION ARCHITECTS.

---

LS—B
CC—Mr. Baumann
J. F. B.                     C. A. R.

Exhibit A-9

152

## Plaintiff's Exhibit 179.

G—3, Hotel

October 7th, 1911.

Mr. G. Baumann,
  19 West 30th Street,
    New York City.

Dear Sir:—

  We have this day sent to D. H. Burn-
ham & Company one set of plans and sections
of your proposed hotel and we enclose herewith
copy of letter sent therewith.

  Yours very truly,

  GRAND CENTRAL STATION ARCHITECTS.

------------------------------------------------

LS—B
J. F. B.                                  C. A. R.

Exhibit A-9