**From:** noreply@wetransfer.com on behalf of WeTransfer
**To:** Butscha Jr., Mark
**Subject:** archref@mail.nysed.gov has sent you a file via WeTransfer
**Date:** Wednesday, August 15, 2012 4:06:36 PM

Want this and future WeTransfer emails in a different language?



WeTransfer

Download

*New York State Court of Appeals Cases and Briefs 227 NY 538, from NY State Archives - invoice 565.*

archref@mail.nysed.gov
has sent you a file.

**WeTransfer-MfuQqf13.zip** (40MB)
containing the following file(s):
NYSA_J2002-82A_1919_V192_Stem_v_Warren.pdf
NYSA_Invoice565.pdf

The file will be deleted on August 29, 2012.

Can't see the download button? Then click here to download your file.

If you have any questions about WeTransfer, or to read our terms and privacy policy, please visit wetransfer.info. © 2012 WeTransfer

**WeTransfer Channels**

Your own WeTransfer site for $120 per year.
Register here.

Exhibit B