| | |
|---|---|
| **From:** | ARCHREF |
| **To:** | Butscha Jr., Mark |
| **Subject:** | New York State Archives copy order |
| **Date:** | Wednesday, August 15, 2012 3:02:02 PM |

Your order for a copy of NYS court of Appeals Cases and Briefs Stem v. Warren (227 NY 538) (1919 vol.192) has been assigned invoice #565.

The total cost comes to $95.00 (382 pages @ $0.25 per page). A PDF copy will be sent via the inline FTP site <wetransfer.com>. You will receive an email from <wetransfer.com> with instructions for downloading the copies. Please advise if you also wish to receive paper copies. Your copies will be mailed upon receipt of payment.

We are unable to accept payment by credit card. A check or money order for $95.00 payable to New York State Archives, quoting invoice #565 may be sent to:

New York State Archives
Cultural Education Center, Room 11A42
222 Madison Avenue
Albany, NY 12230.


*****
New York State Archives
Reference Services
11A36 Cultural Education Center
Albany, NY 12230
518/474-8955
archref@mail.nysed.gov

Exhibit C