**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: ___9/21/12___

-------------------------------------------------------------X

YANN GERON, as Chapter 7 Trustee of Thelen LLP,
                        Plaintiff,

-against-

SEYFARTH SHAW LLP, et al.,
                        Defendant.

-------------------------------------------------------------X

12 **CIVIL** 1364 (WHP)

**JUDGMENT**

      Whereas by Memorandum and Order dated September 4, 2012, this Court having dismissed all claims against Seyfarth Shaw LLP and having granted the Trustee leave to file an amended complaint; by letter dated September 12, 2012, the Trustee having informed the Court that he does not intend to amend his complaint; the only remaining defendants in the case – the Partner Does – having not been served, and the matter having come before the Honorable William H. Pauley III, United States District Judge, and the Court, on September 20, 2012, having rendered its Order directing the Clerk of the Court to mark this case closed and enter judgment for Seyfarth Shaw LLP, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 20, 2012, judgment is entered for Seyfarth Shaw LLP; accordingly, the case is closed.

**Dated:** New York, New York
           September 21, 2012

                                    **RUBY J. KRAJICK**

                                    **Clerk of Court**

           **BY:**

                                      **Deputy Clerk**

                         THIS DOCUMENT WAS ENTERED
                         ON THE DOCKET ON _____