UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YANN GERON, as Chapter 7 Trustee of Thelen LLP
_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

against

SEYFARTH SHAW LLP
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

__12__ Civ __1364__ (whp) (___)

**NOTICE OF APPEAL
IN A CIVIL CASE**

Notice is hereby given that  plaintiff Yann Geron, as Chapter 7 Trustee of Thelen LLP
*(party)*

hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment

on the pleadings dismissing the claims against defendant Seyfarth Shaw LLP pursuant to Rule 12(c), Fed. R. Civ P
*describe the judgment*

_____
_____

entered in this action on the __21st__ day of __September__, 20 __12__
*date*        *(month*        *(year*

/s/ Howard P Magaliff; DiConza Traurig Magaliff LLP
*Signature*

630 Third Avenue  7th Floor
*Address*

New York, NY 10017
*City, State & Zip Code*

DATED __October__ __16__, 20 __12__   ( __212__ ) __682__  __4940__
*Telephone Number*

**Note**  To take an appeal, this form must be received by the *Pro Se* Office of the Southern District of New York within thirty (30) days of the date on which the judgment was entered, or sixty (60) days if the United States or an officer or agency of the United States is a party

*Rev. 05/2007*